IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr192-MHT |
| | ) | (WO) |
| KENNETH JEROME BLACKMON | ) | |
| | ) | |

ORDER

The court preliminarily finds that there is a substantial likelihood that defendant Kenneth Jerome Blackmon has failed to comply with the conditions of supervised release as set forth in the six charges contained in the amended revocation petition (doc. no. 60). The court further preliminarily finds that Blackmon has been diagnosed with schizoaffective disorder and that he urgently needs both appropriate treatment and medication. The court further preliminarily finds that Blackmon's life is clearly and quickly spiraling downward and that, if he is to successfully complete supervised release, he must be immediately placed in a structured facility that can address both his mental health and drug issues as well

as the circumstances alleged in the charges in the amended revocation petition.

Accordingly, it is ORDERED: as follows:

(1) Because Crossbridge has found that defendant Kenneth Jerome Blackmon will not comply with its rules and regulations, will not agree to needed treatment and medication, and does not meet the requirements for civil commitment, the facility is authorized to release defendant Blackmon, if doing so is consistent with their procedures and diagnoses.

(2) The clerk of the court shall issue a summons for defendant Blackmon to appear for an evidentiary hearing on September 7, 2018, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(3) Pending final resolution of the amended revocation petition (doc. no. 60), the conditions of supervision for defendant Blackmon are amended to include: that defendant Blackmon is to attend Dismas

Charities at a time and place to be determined by his supervising probation officer until further order of the court and that defendant Blackmon is to comply with all the rules and regulations of that facility.  At the hearing on September 7, 2018, the court will review whether the conditions (that defendant Blackmon attend Dismas Charities) should remain in place.

    DONE, this the 21st day of August, 2018.

                                         /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**